IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKY WHITAKER                                                                                    PLAINTIFF
ADC #661528

v.                                    No. 4:22-cv-44-DPM

MARK GOBER, Sheriff, Drew County;
SUSAN POTTS, Jail Administrator, Drew
County Detention Center; and BARBARA
PARNELL, Maintenance Supervisor, Drew
County Detention Center                                                                        DEFENDANT

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 7*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Whitaker's claims against Parnell are dismissed without prejudice. Parnell is dismissed as a defendant. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 February 2022