IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKY WHITAKER                                                                       PLAINTIFF
ADC #661528

v.                              No. 4:22-cv-44-DPM

MARK GOBER, Sheriff, Drew County and
SUSAN POTTS, Jail Administrator, Drew
County Detention Center                                                          DEFENDANT

ORDER

1. The Court withdraws the reference.

2. Whitaker hasn't updated his address with the Clerk; and the time to do so has passed. *Doc. 12*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). All pending motions, *Doc. 17 & 25*, are denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 August 2022