IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKY WHITAKER                                                                                    PLAINTIFF
ADC #661528

v.                              No. 4:22-cv-44-DPM

MARK GOBER, Sheriff, Drew County;
SUSAN POTTS, Jail Administrator, Drew
County Detention Center; and BARBARA
PARNELL, Maintenance Supervisor, Drew
County Detention Center                                                                         DEFENDANT

## JUDGMENT

Whitaker's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2022